1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00130 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE BRIEFING SCHEDULE; ORDER |
| v. | |
| ALFONSO AYON-NUNEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and W. Scott Quinlan, attorney for the defendant, that the briefing schedule set for a discovery motion set at the last status conference on October 11, 2016 be vacated. The parties are pursuing further investigation and need time to complete that before being able to ascertain what, if any discovery issues remain. The parties are not requesting any change in the December 12, 2016 status conference date

///

///

///

///

///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §§ 3161(h)(1)(d) and (7)(A).

Dated: October 27, 2016

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: October 27, 2016

/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney for Defendant

ORDER

IT IS SO ORDERED THAT the Discovery Motion Schedule is Vacated and 2nd Status Conference remains set for December 12, 2016 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(d) and (7)(A).

IT IS SO ORDERED.

Dated:  **October 27, 2016**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE