UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 16-CR-00130-DAD-BAM |
| Plaintiff, | **ORDER REQUIRING PERSONAL APPEARANCE OF ATTORNEY DAVID ARRENDONDO** |
| v. | |
| ALFONSO AYON NUNEZ, | |
| Defendant. | |

TO DEFENDANT ALFONSO AYON NUNEZ'S ATTORNEY OF RECORD:

Counsel for Defendant Alfonso Ayon Nunez is ORDERED TO PERSONNALLY APPEAR at the next status conference which is set for 11:00 a.m. on August 28, 2017 in Department 8 of the Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721.  The purpose of this hearing is to determine, among other things, whether Defendant is receiving adequate assistance of counsel.

**Failure to appear by counsel may result in sanctions.**

IT IS SO ORDERED.

Dated: **August 14, 2017**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1