1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    Case No: 1:16-CR-00130-DAD

12                         Plaintiff,             **ORDER FOR COMPETENCY EXAMINATION**

13

14                  v.

15   ALFONSO AYON-NUNEZ,

16                         Defendant.

17

18

19          It appearing to the Court that defendant, SAMUEL SANCHEZ, was indicted August 18, 2016,

20   for a violation of 21 U.S.C. § 841, that representations have been made by defense counsel and

21   occurrences in Court on November 22, 2017 evidencing that defendant may be suffering from a mental

22   disease or defect rendering him mentally incompetent to the extent that he may be unable to understand

23   the nature and consequences of the proceedings against him or to assist properly in his defense;

24          IT IS, THEREFORE, ORDERED THAT:

25          1.      Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is to be committed to the

26   custody of the Attorney General for placement in a suitable facility to be examined for a reasonable

27                                               1

28

period, but not to exceed thirty days.  Unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the court.

2. The director of the facility may apply for a reasonable extension, but not to exceed fifteen additional days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

3. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.

4. The psychiatrists or psychologists at the designated facility are ordered to file a psychiatric or psychological report with the court, with copies provided to the counsel for the defendant and the attorney for the government.  The report shall include the information required by 18 U.S.C. § 4247 (c), to wit;

A. The defendant's history and present symptoms;

B. A description of the psychiatric, psychological and medical tests that were employed and their results;

C. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

5. The defendant is ordered to provide any medical documentation in his custody, if any can be located, that is relevant to his examination to the U.S. Marshal's Service in Fresno, California, by Friday, December 8, 2017.  Upon receipt of this documentation, the U.S. Marshal's Service will forward it to the Bureau of Prisons so the Bureau can determine a proper facility by which to place him for this examination.

Defendant shall remain in custody through the completion of his examination.  The parties shall promptly ask that these matters be calendared on the court's next available date upon his release from the Bureau of Prisons back to the custody of the U.S. Marshals.  Counsel for the parties shall next appear

in this court for a status conference January 22, 2017 at 1:00 pm.  If the parties determine that more time is necessary for the competency examination to conclude before this date, they may file a stipulation stating the reasons by this date should be continued.

IT IS SO ORDERED.

Dated:   **December 2, 2017**

_____
UNITED STATES DISTRICT JUDGE