McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO AYON-NUNEZ,<br><br>Defendant. | No. 1:16-CR-00130 DAD<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Arredondo, attorney for the defendant, that the sentencing set for, October 1, 2018, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to November 5, 2018 at 10:00 a.m. The parties are in discussions and investigating issues raised in defendant's sentencing memorandum, and need additional time to finalize their discussions.

**[Remainder of page intentionally left blank.]**

1

Should the Court approve of the postponement, the parties further stipulate that the Government will file a response, if warranted, to defendant's sentencing memorandum on or before October 22, 2018, and defense will file a reply, if necessary, on or before October 29, 2018.

Dated: September 26, 2018               Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                    By  /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: September 26, 2018               /s/ David Arredondo
                                        DAVID ARREDONDO
                                        Attorney for Defendant

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for October 1, 2018, is continued until November 5, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS FURTHER ORDERED that government will file a response, if warranted, to defendant's sentencing memorandum on or before October 22, 2018, and defense will file a reply, if necessary, on or before October 29, 2018.

IT IS SO ORDERED.

Dated: **September 26, 2018**               _Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE