McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00130 DAD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING |
| ALFONSO AYON-NUNEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Arredondo, attorney for the defendant, that the sentencing set for, November 5, 2018, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to December 17, 2018 at 10:00 a.m. The parties are in discussions and investigating issues raised in defendant's sentencing memorandum, and need additional time to finalize their discussions. The parties previously requeseted a continuance of sentencing, and the Court granted the request. The parties planned to meet to discuss issues that might require further investigation. However, defense counsel was engaged in trial preparation in a double homicide (Peo. v. Marjon Allen, Case No. BA460946), and was in

Detroit on a federal matter (USA vs. Jesus Guerrero-Macias, Case No. 18-cr-20126). As such, the parties need additional time to complete their discussions and any additional investigation necessary. Government counsel will be out of the office for over a week between now and December 17 for business matters, and has three briefs due to the 9th Circuit between the filing of this Stipulation and Proposed Order and December 10.

Should the Court approve of the postponement, the parties further stipulate that the Government will file a response, if warranted, to defendant's sentencing memorandum on or before December 3, 2018, and defense will file a reply, if necessary, on or before December 10, 2018.

Dated: November 2, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 2, 2018

/s/ David Arredondo
DAVID ARREDONDO
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, November 5, 2018 be continued to Monday, December 17, 2018.

IT IS SO ORDERED.

Dated: **November 2, 2018**

_____
UNITED STATES DISTRICT JUDGE