1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                           UNITED STATES DISTRICT COURT
10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,                 No.  1:16-CR-00130 DAD

                            Plaintiff,
13

14              v.                             STIPULATION TO CONTINUE SENTENCING

15  ALFONSO AYON-NUNEZ,

                            Defendant.
16

17

18

19       IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

20  Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Adrian Yeung, who has filed a

21  consent request to substitute in as counsel for the defendant, that the sentencing set for, December

22  17, 2018, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be

23  continued to February 25, 2019 at 10:00 a.m.  Defendant's previous counsel, David Arredondo, is

24  serving a temporary suspension of his license to practice law.  The suspension expires on

25  February 1, 2019, at which time, Mr. Arredondo plans to substitute back in as counsel, with the

26  Court's permission.  The parties will need a few weeks to resolve a few matters.  As such, the

27  parties request February 25.

28

1    Should the Court approve of the postponement, the parties further stipulate that the

2  Government will file a response, if warranted, to defendant's sentencing memorandum on or

3  before February 18, 2019, and defense will file a reply, if necessary, on or before February 20,

4  2019.

5

6

7

8

9  Dated: December 13, 2019                                Respectfully submitted,

                                                          McGREGOR W. SCOTT
10                                                        United States Attorney

11                                              By      /s/ Kimberly A. Sanchez
                                                        KIMBERLY A. SANCHEZ
12                                                      Assistant U.S. Attorney

13 Dated: December 13, 2019                               /s/ Adrian Yeung
                                                          ADRIAN YEUNG
14                                                        Attorney for Defendant

15

16 IT IS SO ORDERED.

17    Dated:   **December 13, 2018**      _____
                                          UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28