McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO AYON-NUNEZ,<br><br>Defendant. | No. 1:16-CR-00130 DAD<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Arredondo, counsel for

the defendant, that the sentencing set for, February 25, 2019, at 10:00 am before the Honorable

Dale A. Drozd, U.S. District Court Judge, be continued to April 1, 2019 at 10:00 a.m. Due to Mr.

Arredondo just reinitiating representation of the defendant on February 20, 2019, the government

and Mr. Arredondo need additional time to engage in discussions and further investigation in

regards to allegations in defendant's sentencing memorandum, and believe that can be

accomplished by April 1, 2019.

Should the Court approve of the postponement, the parties further stipulate that the

1

Government will file a response, if warranted, to defendant's sentencing memorandum on or beforeMarch 18, 2019, and defense will file a reply, if necessary, on or before March 25, 2019.

Dated: February 21, 2019                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                   By      /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: February 21, 2019                    /s/ David Arredondo
                                            DAVID ARREDONDO
                                            Attorney for Defendant

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing currently set for February 25, 2019 is continued to April 1, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 22, 2019**          _____
                                         UNITED STATES DISTRICT JUDGE

2