UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-cr-00130-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING MOTION SEEKING *FIRST STEP* ACT RELIEF TO FEDERAL DEFENDER'S OFFICE |
| ALFONSO AYON NUNEZ, | |
| Defendant. | |

On August 5, 2019, defendant Nunez filed both a *pro se* motion for compassionate release pursuant to the *First Step Act* and 18 U.S.C. § 3582(c)(1)(A) as well as a motion for appointment of counsel. (Doc. Nos. 56, 57.) Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release.[1] The FDO shall have 30 days from the date of this order to file a supplement to defendant's *pro se* motion for compassionate release or to notify the court and the government that it does not intend to supplement the *pro se* motion. Thereafter, the government

---

[1] Plaintiff was sentenced in this action, relatively recently, on April 1, 2019. The court is appointing the FDO in this matter out of an abundance of caution. The court would note that during these proceedings a competency examination was conducted at the joint request of counsel and defendant Nunez was thereafter found to be competent pursuant to 18 U.S.C. § 4241(d). (*See* Doc. Nos. 25, 27, 31, 34.) Moreover, it would not appear that defendant Nunez has fully exhausted his administrative rights to appeal any failure on the part of the Bureau of Prisons to bring such a motion on his behalf. See 18 U.S.C. § 3582(c)(1)(A).

1

shall have 14 days from the date of the FDO's filing to file a response to defendant's motion for compassionate release.

Accordingly, defendant Nunez's motion for appointment of counsel (Doc. No. 57) is granted. The court will issue an order addressing the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) after the filing of the briefs addressing that motion under the schedule set forth above.

IT IS SO ORDERED.

Dated: **September 4, 2019**

UNITED STATES DISTRICT JUDGE