HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
ALFONSO AYON NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO AYON NUNEZ,<br><br>Defendant-Movant. | No. 1:16-cr-00130-DAD<br><br>**ORDER TO EXTEND TIME FOR SUPPLEMENTAL FILING** |

Good cause appearing, Defendant ALFONSO AYON NUNEZ's unopposed request extension of time until January 3, 2020, to file any supplement to his motion to reduce his sentence pursuant to the First Step Act is hereby GRANTED.

IT IS SO ORDERED.

Dated: **September 11, 2019**   _____
UNITED STATES DISTRICT JUDGE