1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00130-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| ALFONSO AYON-NUNEZ, | |
| Defendant. | |

**STIPULATION**

1. Defendant Alfonso Ayon-Nunez filed a motion for reduction in sentence and compassionate release. The Court ordered the following schedule:

   a. Government's opposition/response: October 19, 2020

   b. Defendant's reply: October 26, 2020

2. Due to multiple obligations and due dates and a health appointment on October 19, 2020, the Government needs additional time to complete its opposition. The parties stipulate and request a modification of the Court's Order to provide for the government to file its opposition on or before October 20, 2020. Defense requests no change in its reply due date of October 26, 2020.

IT IS SO STIPULATED.

Dated: October 19, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: October 19, 2020

/s/ *Carolyn WIggin*
CAROLYN WIGGIN
Counsel for Defendant Afonso Ayon-Nunez

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a. Government's opposition/response: October 19, 2020

    b. Defendant's reply: October 26, 2020

IT IS SO ORDERED.

Dated: **October 20, 2020**

UNITED STATES DISTRICT JUDGE